UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWIGHT NIEVES,

          *Plaintiff*,

v.

THE PLAZA REHABILITATION & NURSING CENTER and CITADEL CARE CENTERS,

          *Defendants*.

Civil Action No.: 1:20-cv-1191

PROPOSED ORDER COMPELLING STRATUS AUDIO, INC. TO PRODUCE INTERPRETING RECORDS BY JANUARY 29, 2021

      Defendants The Plaza Rehabilitation & Nursing Center and Citadel Care Centers served a subpoena on Stratus Audio, Inc., requiring production of "[a]ny and all documents regarding Dwight Nieves from December 2018 to February 2019." Stratus Audio Inc. has not produced such records to date. The subpoena was properly served on December 1, 2020, requiring production on December 8, 2020. Having considered Plaintiff's request to compel production of those records, (ECF No. 26), the request is GRANTED, and Stratus Audio, Inc. must provide responses by January 29, 2021.

      SO ORDERED this  11  day of January 2021.

                                                                                        _____
                                                                                        Judge Ona T. Wang
                                                                                  United States Magistrate Judge